

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS

ATTORNEY GENERAL

Honorable John H. Winters, Executive Director
State Department of Public Welfare
Austin, 3, Texas

Dear Sir:                    Opinion No. O-5818
                             Re:  Are members of the Public
                                  Welfare Board required to
                                  make bond?

        Your recent letter asks the Department's opinion
as to "whether or not the members of the Public Welfare Board
are required by law to make bond."

        Your answer is, "no."

        Board members are not required by the Act to give
a bond.  The Act provides that a member qualifies "by taking
the oath of office," (Article 695c, Sec. 2(1)).  The giving
of a bond is not a condition precedent to the right to an
office.  City of Houston v. Estes, (C.A.) 79 S. W. 848, error
refused.

                             Very truly yours

                             ATTORNEY GENERAL OF TEXAS

                             By (s)        David Wuntch
                                           Assistant

DW:db
DK:fe
APPROVED FEB 9 1944
(s) Grover Sellers
ATTORNEY GENERAL OF TEXAS

            APPROVED OPINION COMMITTEE
            BY (S) BWB, CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT